IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHERATON JEROME SMITH, #211796, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:13-cv-881-WHA |
| | ) | |
| KENNETH JONES, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondents, and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 29th day of February, 2016.


/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE